## Philadelphia v. Armstrong (No. 2).

Argued Oct. 5, 1900. Appeals, Nos. 65, 66 and 67, Oct. T., 1900, by plaintiff, from judgment of C. P. No. 3, Phila. Co., Dec. T., 1893, Nos. 650, 651 and 652, on verdict for defendant in case of City of Philadelphia v. Alexander Armstrong. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. Porter, JJ. Affirmed.

OPINION BY RICE, P. J., January 22, 1901 :

These appeals are from judgments in three cases tried with the case of Philadelphia v. Armstrong, No. 64, October term, 1900. Excepting an immaterial difference of dates the facts in all the cases are the same. For the reasons there given the judgments are affirmed.